WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Yanxiong Li, Esq.
Nevada Bar No. 12807
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 637-2345; Fax: (702) 946-1345
dbrenner@wrightlegal.net
yli@wrightlegal.net
*Attorneys for Plaintiff, U.S. Bank National Association, as Trustee, on Behalf of The Holders of The Harborview Mortgage Loan Trust 2006-1 Mortgage Loan Pass-Through Certificates, Series 2006-1*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE HARBORVIEW MORTGAGE LOAN TRUST 2006-1 MORTGAGE LOAN PASS-THROUGH CERTIFICATES, SERIES 2006-1, <br><br> Plaintiff, <br> vs. <br><br> WESTCOR LAND TITLE INSURANCE COMPANY, <br> Defendant. | Case No.: 2:20-cv-00830-KJD-DJA <br><br> **NOTICE OF VOLUNTARY DISMISSAL** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), no Answer or Motion for Summary Judgment having been served by Defendant, WESTCOR LAND TITLE INSURANCE COMPANY ("Defendant"), all claims remaining in the above-entitled action against Defendant are hereby dismissed without prejudice, each party to bear its own fees and costs.

DATED this 25th day of April, 2024.

WRIGHT, FINLAY & ZAK, LLP

/s/ Yanxiong Li, Esq.
Yanxiong Li, Esq.
Nevada Bar No. 12807
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorneys for Plaintiff, U.S. Bank National Association, as Trustee, on Behalf of The Holders of The Harborview Mortgage Loan Trust 2006-1 Mortgage Loan Pass-Through Certificates, Series 2006-1*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am an employee of WRIGHT, FINLAY & ZAK, LLP and that I electronically served on the 25th day of April, 2024, the foregoing **NOTICE OF VOLUNTARY DISMISSAL** to all parties and counsel as identified on the Court-generated Notice of Electronic Filing.

/s/ Faith Harris
An Employee of WRIGHT, FINLAY & ZAK, LLP

DATE: 04/25/2024

_____
KENT J. DAWSON
UNITED STATES DISTRICT JUDGE